

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2020

No. 04-19-00737-CR

Aidan **VITELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5942
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

     Extension of time to file the Clerk's Record is this date NOTED. Time is extended to February 28, 2020.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
Michael A. Cruz,
Clerk of Court